UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 18, 2003

Richard Simpson
Ross, Dixon & Bell
2001 K St., NW
Washington, DC 20006

    Re: Continental Casualty Co. v. Eric Lamb, et al.
        Civil No. JFM-03-435

Dear Mr. Simpson:

    This case was filed on February 14, 2003. Apparently no summons has been issued.

    Please provide me with a status report on or before July 31, 2003.

        Very truly yours,

        /s/

        J. Frederick Motz
        United States District Judge