IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **CONTINENTAL CASUALTY COMPANY** ) | |
| ) | |
| *Plaintiff*, ) | Case No. 03-435-JFM |
| -*vs*- ) | |
| **ERIC NEIL LAMB, P.A.**, *et al.* ) | |
| *Defendants*. ) | |

## STATUS REPORT

As requested in this Court's Order of July 19, 2003, plaintiff Continental Casualty Company ("Continental") hereby provides the following report regarding the status of the above-captioned case:

1. On February 14, 2003, Continental filed a complaint for declaratory judgment in this case, seeking a declaration that the errors and omissions policy at issue did not require Continental to defend or to indemnify the insureds, Eric Neil Lamb and Millennium Title & Escrow, L.L.C. (two of defendants in this case), in connection with the underlying lawsuits, *Burton A. and Carolyn Clark v. Millennium Title & Escrow, L.L.C., et al.*, No. 02-CV-2078 (D. Md., originally filed May 17, 2002 in Cir. Ct. Balt. Co.) ("*Clark*"), and *Brian Naughton v. Millennium Title & Escrow, L.L.C., et al.*, No. 02-CV-3238 (D. Md., originally filed Sept. 4, 2002 in Cir. Ct. Balt. City) ("*Naughton*").

280357 v2

2. At that time, Continental provided copies of the complaint for declaratory judgment to counsel for the defendants in this action, although the complaint was not formally served.

3. CNA participated in settlement negotiations in the two underlying cases, *Burton* and *Naughton*, and a settlement agreement was reached. Because *Clark* and *Naughton* were putative class actions, notice of settlement to the class and court approval were required.

4. The settlements were approved on July 21, 2003. Accordingly, settlement should be completed shortly, and CNA expects to file a notice of dismissal of this case without prejudice within 30 days.

                                                         Respectfully submitted

Dated: August 13, 2003                          _____/s/_____
                                                     Richard A. Simpson
                                                            Maryland Federal Bar No. 14174
                                                     Gabriela Richeimer
                                                            Maryland Federal Bar No. 15774
                                                     ROSS, DIXON & BELL, L.L.P.
                                                     2001 K Street, N.W.
                                                     Washington, D.C. 20006-1040
                                                     (202) 662-2000 (phone)
                                                     (202) 662-2190 (fax)

                                                     ***Attorneys For Plaintiff***
                                                     ***Continental Casualty Company***

280357 v2