IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| **CONTINENTAL CASUALTY COMPANY** )<br>)<br>)<br>*Plaintiff*, )<br>) Case No. 03-435-JFM<br>*-vs-* )<br>)<br>**ERIC NEIL LAMB, P.A.,** *et al.* )<br>)<br>)<br>*Defendants.* )<br>) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Continental Casualty Company hereby voluntarily dismisses this action without prejudice.

                            Respectfully submitted

Dated: September 3, 2003                      _____/s/_____
                                                  Richard A. Simpson
                                                        Maryland Federal Bar No. 14174
                                                  Gabriela Richeimer
                                                        Maryland Federal Bar No. 15774
                                                 ROSS, DIXON & BELL, L.L.P.
                                                 2001 K Street, N.W.
                                                 Washington, D.C. 20006-1040
                                                 (202) 662-2000 (phone)
                                                 (202) 662-2190 (fax)

                                               ***Attorneys For Plaintiff***
                                               ***Continental Casualty Company***

290385 v1